No.

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

———————————————

No. 99-50414
Conference Calendar

———————————————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

MARTIN GERARDO PEREZ-TORRES, also known as Martin Geraldo Perez,

Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Western District of Texas
USDC No. A-93-CR-9-ALL-JN
--------------------
April 14, 2000

Before WIENER, DeMOSS, and PARKER, Circuit Judges.

PER CURIAM:[*]

Court-appointed counsel for Martin Gerardo Perez-Torres has filed a brief and motion to withdraw pursuant to Anders v. California, 386 U.S. 738 (1967). Perez-Torres received a copy of counsel's motion and brief, but he has not filed a response. Our independent review of counsel's brief and the record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the appeal is dismissed.

APPEAL DISMISSED; MOTION TO WITHDRAW GRANTED.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.